JS - 6

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENNIS MENELIK HEZEKIAH, | ) ) ) | Case No. CV 05-3698-PSG (DTB) |
| Petitioner, | ) ) | **J U D G M E N T** |
| vs. | ) ) | |
| JOHN MARSHALL, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice

Dated: ____December 2, 2010_____

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

1